IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI, OXFORD DIVISION

HOWARD LAWRENCE GUTHRIE, JR.,
Individually, and as Executor of the
ESTATE OF HOWARD LAWRENCE
GUTHRIE, and on Behalf of All Wrongful
Death Beneficiaries of HOWARD LAWRENCE
GUTHRIE, Deceased,

    Plaintiff,

v.                                         No. 3:13-cv-00244
                                           JURY DEMANDED

QUITMAN COUNTY HOSPITAL, LLC;
QUITMAN COUNTY NURSING HOME
HOLDINGS, LLC; QUITMAN COUNTY
NURSING HOME, LLC; JAMES EDWARD
WARRINGTON, M.D.; and
JIM PANG, JR., M.D.,

    Defendants.

### NOTICE OF DISMISSAL AS TO DEFENDANTS QUITMAN COUNTY NURSING HOME HOLDINGS, LLC AND QUITMAN COUNTY NURSING HOME, LLC ONLY

COMES NOW the Plaintiff Howard Lawrence Guthrie, Jr., individually, and as Executor of the Estate of Howard Lawrence Guthrie, and on behalf of all wrongful death beneficiaries of Howard Lawrence Guthrie, deceased, and gives notice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, that he hereby dismisses Defendants Quitman County Nursing Home Holdings, LLC and Quitman County Nursing Home, LLC only. Plaintiff's action against Defendants Quitman County Hospital, LLC, James Edward Warrington, M.D., and Jim Pang, Jr., M.D. remains unaffected hereby.

Respectfully submitted,

BURCH, PORTER & JOHNSON, PLLC


By: s/Frank B. Thacher, III
Frank B. Thacher, III (MS Bar #101866)
130 North Court Avenue
Memphis, Tennessee  38103
(901) 524-5000

Attorneys for Plaintiff


**CERTIFICATE OF SERVICE**

I hereby certify that I have electronically filed the foregoing on November 1, 2013 and sent notice to the following:

Gaye Nell Currie, Esq.
401 East Capitol Street
Heritage Building, Suite 600
Jackson, MS 39201

Spencer Young, Esq.
2506 Lakeland Drive, Suite 602
Flowood, MS 39232


s/ Frank B. Thacher, III