IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

HOWARD LAWRENCE GUTHRIE, JR.,
INDIVIDUALLY, AND AS EXECUTOR OF THE
ESTATE OF HOWARD LAWRENCE GUTHRIE,
AND ON BEHALF OF ALL WRONGFUL DEATH
BENEFICIARIES OF HOWARD LAWRENCE GUTHRIE,
DECEASED                                                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO.: 3:13-CV-244-MPM-SSA

QUITMAN COUNTY HOSPITAL, LLC;
JAMES EDWARD WARRINGTON, M.D.;
AND JIM PANG, JR., M.D.                                                                        DEFENDANTS

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court has been advised by counsel for all the parties that this action has been fully and finally settled, and that the parties' counsel request that the case now be fully and finally dismissed with prejudice.

Accordingly, and with agreement of counsel for the parties hereto, it is hereby ORDERED that this action is fully and finally DISMISSED WITH PREJUDICE.

THIS the 5th day of January, 2015.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**

s/Frank B. Thacher, III
Of Counsel to Plaintiff

s/Robert J. Dambrino, III
Of Counsel to
Quitman County Hospital, LLC

s/ Tommie Williams
s/Clinton M. Guenther
Of Counsel to Jim Pang, Jr., M.D.

s/Gaye Nell Currie
Of Counsel to
James Edward Warrington, M. D.